NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VERMONT YANKEE NUCLEAR POWER CORPORATION,**
*Plaintiff-Cross Appellant,*

v.

**ENTERGY NUCLEAR VERMONT YANKEE, LLC, AND ENTERGY NUCLEAR OPERATIONS, INC.,**
*Plaintiffs-Cross Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2011-5033, -5034, -5042

---

Appeals from the United States Court of Federal Claims in consolidated case nos. 02-CV-898 and 03-CV-2663, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

**O R D E R**

The United States moves for extensions of time, until December 5, 2011, to file its response and reply brief in this appeal. The motions are unopposed.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The United States' response and reply brief is due December 5, 2011.

FOR THE COURT

JAN 1 7 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Brad Fagg, Esq.
     Richard James Conway, Esq.
     Harold D. Lester, Jr., Esq.
     Kyle Landis-Marinello, Esq.

s25

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 7 2012

JAN HORBALY
CLERK